JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY & PAMELA VANDERPAS, | CV 10-6935 PA (PLAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| NDEx WEST, L.L.C., | |
| Defendant. | |

Pursuant to the Court's Minute Order of February 2, 2011, granting judgment on the pleadings as to plaintiffs Gregory and Pamela Vanderpas' ("Plaintiffs'") claims against defendant NDEx West, L.L.C. ("Defendant") for violation of the Truth in Lending Act ("TILA") and the Real Estate Settlement Procedures Act ("RESPA"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiffs on their claims for violation of TILA and RESPA.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: February 2, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE